IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>DEMETRICE WILLIAMS,<br><br>Defendant | NO. 3: 08-CR-11 (CAR)<br><br>RE: VIOLATION OF CONDITIONS OF RELEASE |

## O R D E R

The government has heretofore filed a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** alleging that defendant DEMETRICE WILLIAMS violated conditions of release by using marijuana on or about July 23rd, September 8th, and October 9th of 2008. Defendant WILLIAMS this day appeared before the undersigned for a hearing on the government's motion; he was represented by Mr. John H. Baker of Bogart, Georgia. The government was represented by Assistant U. S. Attorney Michael T. Solis. The defendant admitted that he had violated conditions of pretrial release as alleged in the Petition. Thus, the undersigned finds that defendant WILLIAMS has violated conditions of pretrial release as alleged in the PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE.

Accordingly, IT IS ORDERED AND DIRECTED:

(1) that disposition of this matter be, and it is, **CONTINUE**D until further order of the court;

(2) that, in the meantime,

> (a) defendant WILLIAMS shall be **released from custody** and shall continue under pretrial supervision subject to **all** of the conditions heretofore imposed upon him;
> (b) that defendant WILLIAMS is specifically ordered to refrain from the use of illegal drugs and to submit to drug testing as directed by the U. S. Probation Office;
> (c) that defendant WILLIAMS is specifically ordered to attend drug treatment and counseling as directed by the Probation Office;
> (d) that defendant WILLIAMS is specifically ordered to report to his pretrial service/probation officer as directed and keep the U. S. Probation Office informed of his whereabouts; and,
> (e) that defendant WILLIAMS' probation officer shall **immediately** notify the court if defendant WILLIAMS fails to abide by the above-stated orders and/or any other provisions of the Order of Pretrial Release.

IN THE EVENT OF **REPORTED** VIOLATIONS, THE COURT WILL IMMEDIATELY ENTER AN ORDER REVOKING MR. WILLIAMS' ORDER OF PRETRIAL RELEASE AND REMAND HIM *WITHOUT FURTHER HEARING* TO THE CUSTODY OF THE U. S. MARSHAL , BASED SOLELY UPON THE VIOLATIONS THIS DAY FOUND BY THE COURT.

SO ORDERED AND DIRECTED, this 12th day of NOVEMBER, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE